serve an answer to the amended complaint and, thus, issue had not been joined" (*Greene v Hayes*, 30 AD3d 808, 810 [2006]; *see Gold Medal Packing v Rubin*, 6 AD3d 1084 [2004]). We therefore reverse the order and judgment insofar as appealed from, deny that part of plaintiff's amended motion for partial summary judgment on liability and vacate the award of damages, and we grant defendant 20 days from service of the order of this Court to serve and file an answer. Present—Scudder, P.J., Smith, Green, Gorski and Martoche, JJ.

PARTNERS TRUST BANK, Formerly Known as SBU BANK, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 107502.) (Appeal No. 1.) [934 NYS2d 886]—

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Kuhn v Kuhn*, 129 AD2d 967 [1987]). Present—Scudder, P.J., Smith, Green, Gorski and Martoche, JJ.

PARTNERS TRUST BANK, Formerly Known as SBU BANK, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 107502.) (Appeal No. 2.) [934 NYS2d 887]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims. Present—Scudder, P.J., Smith, Green, Gorski and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEMRAU L. HARRIS, Appellant. [934 NYS2d 887]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Centra, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES WILLIAMS, Also Known as CASH, Appellant. [934 NYS2d 887]—